# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

CYNTHIA D. BENEFIELD,

     Plaintiff,

v.                                  Case No. 3:24-cv-219-TJC-PDB

FELICIA JOHNSON SMITH,
CASSANDRA SMITH BATTLE,
GREGORY LEE ANDERSON,
CORY R. BENEFIELD, GREGORY
L. PINKNEY, and JOHNNY
BRUCE ELLIOTT,

     Defendants.

_____

## **O R D E R**

     This case is before the Court on a Report and Recommendation, Doc. 9. The assigned United States Magistrate Judge recommends (1) dismissing the action without prejudice for failure to provide the Court with a current address and to demonstrate due diligence and just cause for delay and (2) directing the clerk to terminate the motion to proceed in forma pauperis. Id. at 3. The Court has mailed Plaintiff multiple orders that have been returned marked "Return to Sender." See Docs. 6, 8, 10. Plaintiff has filed nothing in approximately four months and has not provided an updated mailing address. Upon de novo review

of the file and for the reasons stated in the Report and Recommendation, Doc. 9, it is hereby

ORDERED:

1.      The Report and Recommendation of the Magistrate Judge, Doc. 9, is **ADOPTED** as the opinion of the Court.

2.      The action is **DISMISSED without prejudice**.

3.      The clerk is **DIRECTED** to terminate the motion to proceed in forma pauperis, Doc. 3, and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, the 8th day of July, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

vng

Copies to:

The Honorable Patricia D. Barksdale
United States Magistrate Judge

Cynthia D. Benefield
1701 Campus Street
Jacksonville, FL 32209